**Coca Cola Bottling Company of Chicago, Inc., a Corporation, Plaintiff-Appellant, v. Richard A. Lange, Defendant-Appellee.**

Gen. No. M–51,268.

First District, Third Division.
February 9, 1967.
Rehearing denied March 6, 1967.

Richard C. Bleloch and Robert A. Wiacek, of Chicago, for appellant; Van Duzer, Gershon & Jordan, of Chicago, for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.